Lisa Y.S. WEST, Plaintiff–Appellant,

v.

Deputy Terry DAVIS, Defendant–Appellee.

No. 14–15706

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 6, 2015.

Craig Thomas Jones, The Orlando Firm, LLC, Decatur, GA, for Plaintiff–Appellant.

Mary Janet Huber, Law Offices of Mary J. Huber, Decatur, GA, for Defendant–Appellee.

Before MARCUS, WILLIAM PRYOR, and JORDAN, Circuit Judges.

PER CURIAM:

Having carefully reviewed the record and the parties' briefs, we agree with the district court's well-reasoned opinion, *see West v. Davis,* No. 1:12–CV–00661–RWS, 2014 WL 6990294 (N.D.Ga. Dec. 9, 2014), and we conclude that Deputy Davis is entitled to qualified immunity. Simply stated, Ms. West did not meet her burden of showing that Deputy Davis' actions violated clearly established law. The cases Ms. West cites are either factually distinguishable or were decided after the event in question took place.[1]

Accordingly, we affirm the district court's ruling.

**AFFIRMED.**

---

1. *See Fils v. City of Aventura,* 647 F.3d 1272 (11th Cir.2011); *Hadley v. Gutierrez,* 526 F.3d 1324 (11th Cir.2008); *Walker v. City of Riviera Beach,* 212 Fed.Appx. 835 (11th Cir.2006); *Thornton v. City of Macon,* 132 F.3d 1395, 1400 (11th Cir.1998).